FILED

2021 JAN -7 AM 9:55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:21-cr-4-Oc-28PRL
18 U.S.C. § 922(g)(1)

DEMUNTRAY COX

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 23, 2020, in the Middle District of Florida, the defendant,

DEMUNTRAY COX,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of ammunition by a convicted felon, on or about November 19, 2012;

2. Battery on a law enforcement officer, on or about October 14, 2008;

3. Possession of cocaine, on or about August 2, 2007;

4. Possession of cannabis, more than 20 grams, on or about August 2, 2007;

5. Driving while license is suspended or revoked, on or about August 2, 2007;

6. Possession of cocaine with intent to sell or deliver, on or about April 12, 2006;

7. Possession of cocaine, on or about May 11, 2005;

8. Driving while license is suspended or revoked, on or about May 11, 2005;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Taurus firearm and a Ruger firearm.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Taurus, G2 Millennial, .40 caliber handgun, a Ruger, SP101, .357 caliber revolver, and all associated ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Tyrie K. Boyer
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

3

FORM OBD-34
January 21

No. 20-1-46

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

DEMUNTRAY COX

## INDICTMENT

Violations:  18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 6th day

of January, 2021

_____
Clerk

Bail $_____

GPO 863 525